SPERTUS, LANDES & JOSEPHS, LLP
Kevin J. Minnick (SBN 269620)
kminnick@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
Telephone:  (213) 205-6520
Facsimile:  (213) 205-6521

Attorneys for Defendant
ANITA GOEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MARIS MOON,<br><br>        Plaintiff,<br><br>    v.<br><br>ANITA GOEL,<br><br>        Defendant. | Case No.<br><br>**DEFENDANT ANITA GOEL'S NOTICE OF REMOVAL**<br><br>(Removal from the Superior Court of California for the County of Riverside, Case No. CVPS2402954) |

# NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1332(d), 1441, and 1446, with full reservation of defenses, Defendant Anita Goel ("Goel") gives notice of the removal of this action originally filed in the Superior Court of the State of California, County of Riverside, to the United States District Court for the Central District of California. In support of this notice of removal, Goel provides the required "short and plain statement of the grounds for removal." 28 U.S.C. § 1446(a); *see also Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 553 (2014) ("By design, § 1446(a) tracks the general pleading requirement stated in Rule 8(a) of the Federal Rules of Civil Procedure.").

## I. NATURE OF REMOVED ACTION

1. On May 2, 2024, Plaintiff Maris Moon ("Moon") filed a Complaint in the Superior Court of the State of California, County of Riverside. Plaintiff brings claims under California law for promissory fraud, fraud by concealment, fraud by misrepresentation, negligent misrepresentation, breach of contract, and violation of Business and Professions Code § 17200.

2. Goel is the only named defendant. The Complaint also asserts the existence of 50 unnamed "Doe" defendants.

3. Goel is a citizen and resident of Massachusetts.

4. Moon is a citizen and resident of California.

5. The Complaint seeks damages and alleges those damages are "not less than $3,000,000." (*See* Compl. ¶¶ 25, 29, 33, 37, 43, 47.)

## II. BASIS FOR REMOVAL

6. Removal jurisdiction exists because the parties are of diverse citizenship and the amount in controversy exceeds $75,000. *See* 28 U.S.C. §§ 1441(a), 1332(a).

7. Plaintiff Moon is a citizen and resident of California. (Compl. ¶ 1.)

8. Defendant Goel is a citizen and resident of Massachusetts. (*Id.* ¶ 2.)

9. "In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1).

10. Dr. Goel, the only named defendant, is not a citizen of the State of California. 28 U.S.C. § 1441(b)(2).

11. Under 28 U.S.C. § 1446(c)(2), "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy." Here, the sum demanded in the Complaint is not less than $3,000,000.

12. Accordingly, the parties are diverse and the amount in controversy exceeds the jurisdictional threshold. The U.S. District Court for the Central District of California therefore has removal jurisdiction over this matter.

### III. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

13. Goel has satisfied all the procedural requirements for removal under 28 U.S.C. § 1446, and this Court's Local Rules.

14. Goel is filing this Notice of Removal in the United States District Court for the Central District of California, because the state court in which the action is pending, the Superior Court of the State of California, County of Riverside, is within this federal judicial district. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

15. Goel first received the Complaint by mail on June 3, 2024. Goel is removing the case within 30 days of that date; therefore, this removal is timely under 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999).

16. After filing this Notice, in accordance with 28 U.S.C. § 1446(d), Goel will serve a copy of this Notice upon the Plaintiff and will file a copy of the Notice with the Clerk of the Superior Court of the State of California, County of Riverside.

17. Nothing in this Notice of Removal should be interpreted as a waiver or relinquishment of any right to assert any and all defenses or objections to the

Complaint, including lack of personal jurisdiction. If there are any questions that arise as to the propriety of removal of this action, Goel respectfully requests the opportunity to submit briefing, argument, and additional evidence as necessary to support removal, without waiver of her objection to personal jurisdiction.

18. Attached hereto as **Exhibit A** is a true and correct "copy of all process, pleadings, and orders served [Goel] in such action." 28 U.S.C. § 1446(a).

### IV. CONCLUSION

WHEREFORE, Goel removes this action to this Court for further proceedings according to law.

Dated: July 1, 2024                                        SPERTUS, LANDES & JOSEPHS, LLP


By:  */s/ Kevin J. Minnick*
　　　Kevin J. Minnick
　　　Attorneys for Defendant
　　　ANITA GOEL